

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PRESENT:   HONORABLE ROBERT G. JAMES, JUDGE PRESIDING
           DEBBIE LOWERY, COURT REPORTER
           ANGENE CARROLL, MINUTE CLERK

NOVEMBER 8, 2004

COURT OPENED AT 10:30 A.M.                COURT ADJOURNED AT
                                          10:40 A.M.

MINUTES OF COURT

CASE NO. 04-30011-01
DEFENDANT: RYAN S. MILLIKEN
GOVT. COUNSEL: James G. Cowles
DEFENSE COUNSEL: Lavalle B. Salomon

CASE CAME ON FOR SENTENCING:

Pursuant to the Sentencing Reform Act of 1984, defendant is committed to the custody of the Bureau of Prisons for a term of **37 months on Counts 1 & 2 to run concurrently. As to Count 3, the defendant is committed to custody for a term of 60 months to run consecutively with Counts 1 & 2. It is the intent of the Court that the defendant serve a total of 97 months.**

Upon release from imprisonment, defendant shall be placed on supervised release for a term of **3 years on Counts 1, 2 & 3 to run concurrently.** Within 72 hours of release from custody of the Bureau of Prisons, defendant shall report in person to the Probation Office in the District to which he is released. While on supervised release, defendant shall not commit another federal, state or local crime, shall not possess a firearm or destructive device, and shall comply with the standard conditions that have been adopted by this Court and the following special condition:

1.   The defendant shall submit to mandatory drug screens at the direction of the probation officer following release from confinement.

The Court recommends that the defendant be evaluated by the BOP and allowed to participate in the 500 hour comprehensive drug abuse treatment program if deemed eligible.

Defendant shall pay the standard assessment of $300.00 to the U. S. Clerk of Court immediately.

The defendant shall self-surrender to the institution designated by 2:00 PM on January 3, 2005.

If Notice of Appeal is filed under 18 USC 3742, the clerk of Court is directed to transmit the presentence report to the Court of Appeals under seal.